AUSA

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Juan Pedro ANGULO-Beltran<br>Defendant. | Magistrate Case No.: '08 MJ 8315<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 9, 2008, within the Southern District of California, defendant Juan Pedro ANGULO-Beltran did knowingly and intentionally import approximately 29.98 kilograms (63.76 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

[signature]
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10TH, DAY OF APRIL 2008.

[signature]
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Juan Pedro ANGULO-Beltran

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Gonzalez.

On April 9, 2008 at approximately 1323 hours, Juan Pedro ANGULO-Beltran entered the United States at the Calexico West, California, Port of Entry. ANGULO-Beltran was the driver of a 1999 Jeep Cherokee, bearing Baja California, license plate BAMX/BEF6734. ANGULO-Beltran was the registered owner of the vehicle. ANGULO-Beltran was accompanied by a passenger identified as Joaquina ZAZUETA-Rivera. The Customs and Border Protection (CBP) Officer inspected the vehicle on primary. CBP Officer Alvarado noticed that ANGULO-Beltran's was nervous. CBP Officer Alvarado noticed that ANGULO-Beltran's hand was shaking when he handed his Border Crossing card to him. CBP Officer Alvarado escorted ANGULO-Beltran and his vehicle to vehicle secondary for an intensive inspection.

In the vehicle secondary lot, a Canine inspection of the vehicle was performed. The canine alerted and responded to the front driver door. CBP Officer Alvarado removed the side rocker panel cover and noticed that dirt had been sprayed onto the quarter panel area of the vehicle. CBP Officer Alvarado was also able to smell paint.

A subsequent inspection of the vehicle revealed 27 packages secreted inside the quarter panels and the front bumper. One of the packages was probed and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 27 packages had a combined net weight of approximately 29.98 kilograms (63.76 pounds).

ZAZUETA-Rivera was advised of her Constitutional Rights, which he acknowledged and waived. ZAZUETA-Rivera was interviewed. ZAZUETA-Rivera denied knowledge of the cocaine concealed in the vehicle and the smuggling venture.

ANGULO-Beltran was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived. ANGULO-Beltran admitted knowledge of the cocaine concealed in the vehicle and smuggling venture. ANGULO-Beltran exonerated ZAZUETA-Rivera of having any knowledge of the smuggling venture. ZAZUETA-Rivera was processed by Immigration and returned to Mexico.

ANGULO-Beltran was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.